IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

DAMIAN ORLOWSKI and
LYNN CECHIN,

    Plaintiffs on behalf of themselves
    and all others similarly situated,

v.                                     No. 11-1396 B

LARRY BATES, individually, and d/b/a
FIRST AMERICAN MONETARY
CONSULTANTS, INC., et al.,

    Defendants.

_____

ORDER TRANSFERRING CASE TO WESTERN DIVISION
_____

Upon agreement of the parties that the appropriate venue for this matter lies therein, this matter is hereby TRANSFERRED to the United States District Court for the Western District of Tennessee, Western Division, to be reassigned by the Clerk of Court.

IT IS SO ORDERED this 19th day of June 2012.

                                                            s/ J. DANIEL BREEN
                                                            UNITED STATES DISTRICT JUDGE